NUMBER 13-04-251-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________
 
NOBLE C. GINTHER, JR., ET AL.,                                      Appellants,

v.

BANK OF AMERICA, N.A., ET AL.,                                     Appellees.
_________________________________________________________

On appeal from the 319th District Court
of Nueces County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant’s, NOBLE C. GINTHER, JR., ET AL., attempted to perfect an appeal
from an order entered by the 319th District Court of Nueces County, Texas, in cause
no. 03-646-G. The clerk’s record was received on May 18, 2004. 
         Upon review of the clerk’s record, it appeared that the order from this appeal
was taken was not a final appealable order. Pursuant to Tex. R. App. P. 42.3, notice
of this defect was given so that steps could be taken to correct the defect, if it could
be done. Appellants were advised that, if the defect was not corrected within ten
days from the date of receipt of this notice, the appeal would be dismissed for want
of jurisdiction. Appellants failed to file a response as requested by this Court’s notice. 
         The Court, having considered the documents on file and appellants’ failure to
respond to this Court’s notice, is of the opinion that the appeal should be dismissed
for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.
                                                               PER CURIAM

Memorandum Opinion delivered and 
filed this the 30th day of September, 2004.